FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VERNON W. HIBBARD; LINDA J. HIBBARD; LINDA J. HIBBARD dba EARLY DISCOVERIES EARLY EDUCATION CENTER; U.S. BANCORP; and NATIONSTAR MORTGAGE, LLC,<br><br>    Defendants. | No. 2:24-CV-00310-SAB<br><br>**JUDGMENT ORDER AGAINST DEFENDANTS HIBBARD** |

Before the Court is the United States' and Defendants Vernon W. Hibbard's and Linda J. Hibbard's Stipulated Motion for Entry of Judgment, ECF No. 33. The United States is represented by Anthony Iozzo. Defendants Vernon and Linda Hibbard are represented by Elizabeth Fiattarone. The motion was considered without oral argument.

The parties request the Court enter in favor of the United States and against Defendants Vernon W. Hibbard, Linda J. Hibbard, and Linda J. Hibbard d/b/a Early Discoveries Early Education Center. The Court finds good cause to grant the motion and enter judgment as follows.

**JUDGMENT ORDER AGAINST DEFENDANTS HIBBARD ~ 1**

Accordingly, **IT IS ORDERED:**

1. The United States' and Defendants Vernon W. Hibbard's and Linda J. Hibbard's Stipulated Motion for Entry of Judgment, ECF No. 33, is **GRANTED**.

2. Judgment is entered **in favor of the United States** and **against Defendants Vernon W. Hibbard, Linda J. Hibbard, and Linda J. Hibbard dba Early Discoveries Early Education Center** on all claims in the Complaint.

3. Defendants Vernon W. Hibbard and Linda J. Hibbard are liable to the United States for unpaid joint federal income taxes for tax years 2014 through 2017, 2019, and 2020, in the amount of $99,527.67 as of July 19, 2025, less any subsequent payments or credits, including penalties and interest which have accrued and will continue to accrue pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, until paid in full.

4. Defendant Linda J. Hibbard d/b/a Early Discoveries Early Education Center, is liable to the United States for unpaid federal employment taxes for all quarterly periods from 2013 through 2018; the first, second, and third quarters of 2019; and the fourth quarter of 2020, in the amount of $406,163.12 as of July 19, 2025, less any subsequent payments or credits, including penalties and interest which have accrued and will continue to accrue pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, until paid in full.

5. Defendant Linda J. Hibbard d/b/a Early Discoveries Early Education Center, is liable to the United States for unpaid federal unemployment taxes for tax years 2013 through 2018, in the amount of $4,888.77 as of July 19, 2025, less any subsequent payments or credits, including penalties and interest which have accrued and will continue to accrue pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, until paid in full.

6. The United States has valid and subsisting federal tax liens for the unpaid federal tax liabilities described in paragraphs 3, 4, and 5 above, which arose on the dates of the assessments set forth in paragraphs 19 and 25 of the United

**JUDGMENT ORDER AGAINST DEFENDANTS HIBBARD** ~ 2

States' Complaint and attached to all property and rights to property belonging to Defendants Vernon W. Hibbard and Linda J. Hibbard, including the real property located at 702 North Lyle Avenue, East Wenatchee, Washington, 98802.

7. The United States is entitled to foreclose its federal tax liens, described in paragraphs 3 through 6 above, against the Subject Property, and the Subject Property shall be sold in a judicial sale.

8. The United States is entitled to collect the proceeds of a judicial sale, subject to the terms of a Court-approved Order, to satisfy its federal tax liens.

9. Each party will bear their respective costs, including attorney's fees and other costs associated with this litigation.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 27th day of August 2025.



Stan Bastian
Chief United States District Judge

**JUDGMENT ORDER AGAINST DEFENDANTS HIBBARD** ~ 3