FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>VERNON W. HIBBARD; LINDA J. HIBBARD; LINDA J. HIBBARD dba EARLY DISCOVERIES EARLY EDUCATION CENTER; U.S. BANCORP; and NATIONSTAR MORTGAGE, LLC,<br><br>       Defendants. | No.  2:24-CV-00310-SAB<br><br>**ORDER CONFIRMING SALE OF SUBJECT PROPERTY** |

Before the Court is the United States' Unopposed Motion for Entry of Order Confirming Sale of Subject Property, ECF No. 41. The United States is represented by Anthony Iozzo. Defendants Vernon and Linda Hibbard are represented by Elizabeth Fiattarone. The motion was considered without oral argument.

The United States moves the Court to enter an order confirming the sale, free and clear of the liens and interests of the current and former parties to this case, of the property located at 702 North Lyle Avenue, East Wenatchee, Washington 98802 ("Subject Property"). The United States indicates Defendants do not oppose the Motion.

The Court finds good cause to grant the Motion.

**ORDER CONFIRMING SALE OF SUBJECT PROPERTY** * 1

Accordingly, **IT IS ORDERED:**

1. The United States' Unopposed Motion for Entry of Order Confirming Sale of Subject Property, ECF No. 41, is **GRANTED**.

2. The sale of the Subject Property for the purchase price of $439,500 to Alma D. Negrete Diaz and Samuel A. Garcia Sandoval is confirmed.

3. The sale shall be free and clear of any existing rights, titles, claims, liens, or interests of the Receiver or any other current or former parties to this action, including: Vernon W. Hibbard; Linda J. Hibbard, both individually and dba Early Discoveries Early Education Center; Nationstar Mortgage LLC dba Mr. Cooper; U.S. Bank National Association, as trustee of NRZ Recovery Trust; and the United States.

4. The valid interests of current parties to this action will attach to the proceeds from the sale of the Subject Property in the same order of priority as they currently have against the Subject Property in accordance with paragraph 15 of the Order of Foreclosure and Judicial Sale and for Appointment of a Receiver ("Order of Judicial Sale") (ECF No. 35).

5. The escrow agent shall make distributions from the gross sale proceeds pursuant to paragraph 12 of the Order of Judicial Sale.

6. Following the distributions pursuant to paragraph 12 of the Order of Judicial Sale, the net proceeds shall be deposited with the Court, and the United States shall move the Court to distribute the proceeds pursuant to paragraph 15 of the Order of Judicial Sale.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 10th day of July 2026.



Stan Bastian
Chief United States District Judge

**ORDER CONFIRMING SALE OF SUBJECT PROPERTY** * 2